UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID DEAM,<br><br>        Plaintiff<br><br>vs.<br><br>SOUTHEASTERN FREIGHT LINES, INC.,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:18-CV-124-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS Magistrate Judge Numbers's decision, OVERRULES plaintiff's objections [D.E. 79], GRANTS defendant's motion for summary judgment [D.E. S7], and DENIES plaintiff's motion for summary judgment [D.E. S4]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

This Judgment filed and entered on August 20, 2020, and copies to:
Gene A. Riddle (via CM/ECF electronic notification)
John A. Beam (via CM/ECF electronic notification)
William L. Duda (via CM/ECF electronic notification)
John Allen Thomas (via CM/ECF electronic notification)

August 20, 2020

Peter A. Moore, Jr.
Clerk of Court

By: _Susan K. Edwards_
Deputy Clerk