# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

DAVID DEAM, )
)
      Plaintiff )
)     **AMENDED**
vs. )     **JUDGMENT IN A CIVIL CASE**
)     **CASE NO. 5:18-CV-124-D**
SOUTHEASTERN FREIGHT LINES, )
INC., )
)
      Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** in the court's order dated 10/25/2018 at [DE-29] defendant's motion to dismiss [D.E. 16] is GRANTED in part and DENIED in part. Count two in plaintiff's amended complaint is DISMISSED WITH PREJUDICE. Counts one and three survive. The court DENIES plaintiff's: motion to dismiss [D.E. 23] as meritless.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the court AFFIRMS Magistrate Judge Numbers's decision, OVERRULES plaintiff's objections [D.E. 79], GRANTS defendant's motion for summary judgment [D.E. S7], and DENIES plaintiff's motion for summary judgment [D.E. S4]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

This Judgment filed and entered on August 20, 2020, and copies to:
Gene A. Riddle (via CM/ECF electronic notification)
John A. Beam (via CM/ECF electronic notification)
William L. Duda (via CM/ECF electronic notification)
John Allen Thomas  (via CM/ECF electronic notification)

August 20, 2020

Peter A. Moore, Jr.
Clerk of Court

By: _____
Deputy Clerk